A CERTIFIED TRUE COPY
ATTEST
By Jakeia R. Mells on Jul 15, 2010
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
James W. McCormack, Clerk
By: /s/ Tenesha Jones D.C. on
**Jul 15, 2010**
For the United States District Court
Eastern District of Arkansas

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 30, 2010

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION**

MDL No. 1507

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-185)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 8,543 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 15, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION**  MDL No. 1507

### SCHEDULE CTO-185 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 7 | 10-912 | Aline Rowland v. Wyeth LLC |
| ARIZONA | | | |
| AZ | 2 | 10-776 | Faye Hunt v. Wyeth, Inc., et al. |
| AZ | 2 | 10-896 | Sharron Jacquemart v. Wyeth LLC, et al. |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 10-2962 | Joan Beylen v. Wyeth LLC, et al. |
| CAC | 2 | 10-2963 | Lee Stanionis v. Wyeth LLC, et al. |
| CAC | 2 | 10-2966 | Carole Russell v. Wyeth LLC, et al. |
| CAC | 2 | 10-2967 | Joan Pine v. Wyeth LLC, et al. |
| CAC | 2 | 10-2969 | Sudarshan Sain v. Wyeth LLC, et al. |
| CAC | 2 | 10-2971 | Sandra Contreras v. Wyeth LLC, et al. |
| CAC | 2 | 10-2972 | Paula Dasen v. Wyeth LLC, et al. |
| CAC | 2 | 10-2974 | Jean Struckmann v. Wyeth LLC, et al. |
| CAC | 2 | 10-2981 | Livia Salazar Crane v. Wyeth LLC, et al. |
| CAC | 2 | 10-3160 | Leslie Flood v. Wyeth LLC, et al. |
| CAC | 2 | 10-3164 | Carolyn Howard v. Wyeth LLC, et al. |
| CAC | 2 | 10-3167 | Damaris Clement v. Wyeth LLC, et al. |
| COLORADO | | | |
| CO | 1 | 10-941 | Norma Bussart v. Wyeth LLC, et al. |
| CO | 1 | 10-942 | John Moore, etc. v. Wyeth LLC, et al. |
| CO | 1 | 10-946 | Oneida Meranto v. Wyeth LLC, et al. |
| FLORIDA MIDDLE | | | |
| FLM | 8 | 10-1025 | Sharon Gordon v. Pfizer Inc., et al. |
| FLM | 8 | 10-1026 | Sandra Weiss v. Wyeth LLC, et al. |
| FLM | 8 | 10-1027 | Ann Wood v. Wyeth LLC, et al. |
| FLM | 8 | 10-1028 | Janet Cartwright v. Wyeth LLC, et al. |
| FLORIDA NORTHERN | | | |
| FLN | 3 | 10-128 | Candace Culberson v. Wyeth LLC, et al. |

**MDL No. 1507 - Schedule CTO-185 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|

**ILLINOIS NORTHERN**
| | | | |
|---|---|---|---|
| ILN | 1 | 10-2516 | Janie Sherril v. Barr Pharmaceuticals Inc., et al. |
| ILN | 1 | 10-2517 | Beverly Mangan v. Wyeth LLC, et al. |
| ILN | 1 | 10-2519 | Grace Malatesta v. Wyeth LLC, et al. |
| ILN | 1 | 10-2521 | Sandra Marcus v. Wyeth LLC, et al. |

**INDIANA SOUTHERN**
| | | | |
|---|---|---|---|
| INS | 1 | 10-487 | Dorothy Fields v. Wyeth LLC, et al. |
| INS | 1 | 10-488 | Linda Harrison v. Wyeth LLC, et al. |
| INS | 1 | 10-489 | Sigrid Jackson v. Wyeth LLC, et al. |

**LOUISIANA WESTERN**
| | | | |
|---|---|---|---|
| LAW | 5 | 10-670 | Ellen McCullough v. Pfizer Inc., et al. |
| LAW | 5 | 10-671 | Vernia Bates v. Pfizer Inc., et al. |
| LAW | 5 | 10-672 | Mary Ferguson v. Pfizer Inc., et al. |

**MARYLAND**
| | | | |
|---|---|---|---|
| MD | 1 | 10-1113 | Judith Tibbs v. Wyeth LLC, et al. |

**MINNESOTA**
| | | | |
|---|---|---|---|
| MN | 0 | 10-1282 | Eileen Kornblue v. Wyeth LLC, et al. |
| MN | 0 | 10-1325 | Barbara Groff v. Wyeth LLC, et al. |
| MN | 0 | 10-1329 | Helene Guinther v. Wyeth LLC, et al. |
| MN | 0 | 10-1331 | Elnora Edwards v. Pfizer Inc., et al. |
| MN | 0 | 10-1362 | Glade Eckert v. Wyeth LLC, et al. |
| MN | 0 | 10-1435 | Janie Martinez v. Wyeth LLC, et al. |
| MN | 0 | 10-1437 | Bernice Rodgers v. Wyeth LLC |
| MN | 0 | 10-1439 | Ricky Bishop, etc. v. Wyeth LLC |
| MN | 0 | 10-1448 | Diana Rosenberg v. Wyeth LLC |
| MN | 0 | 10-1450 | Helen Pillon v. Wyeth LLC, et al. |
| MN | 0 | 10-1452 | Gladys Rodriguez v. Wyeth LLC, et al. |
| MN | 0 | 10-1586 | Linda Conn v. Wyeth LLC, et al. |
| MN | 0 | 10-1588 | Michael Gant, etc. v. Wyeth LLC |
| MN | 0 | 10-1603 | Barbara Ann Jenner v. Wyeth LLC |
| MN | 0 | 10-1605 | Barbara Kushner v. Wyeth LLC, et al. |
| MN | 0 | 10-1613 | Richard Moerner, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1621 | Tammy McWherter, etc. v. Wyeth LLC, et al. |
| MN | 0 | 10-1627 | Helene Tay v. Parke, Davis & Co., LLC |
| MN | 0 | 10-1645 | Jena Kerns, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1647 | Rose Rogalla, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1659 | Teresa Elenzweig, et al. v. Pfizer Inc., et al. |
| MN | 0 | 10-1673 | Cynthia Jones, et al. v. Pfizer Inc., et al. |
| MN | 0 | 10-1772 | Nida Lalangan, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1926 | Christine C. Green v. Wyeth, et al. |

**MDL No. 1507 - Schedule CTO-185 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MISSOURI EASTERN | | | |
| MOE | 4 | 10-557 | Lanny Chong, et al. v. Wyeth LLC, et al. |
| MOE | 4 | 10-558 | Doris Jeanne McKee, et al. v. Wyeth LLC, et al. |
| MOE | 4 | 10-559 | Joyce Elaine Pullaro v. Wyeth LLC, et al. |
| MOE | 4 | 10-560 | Judy Christine Vitale, et al. v. Wyeth LLC, et al. |
| MOE | 4 | 10-569 | Shirley Hubbard, et al. v. Wyeth |
| MOE | 4 | 10-570 | Claudia Bleckler, et al. v. Wyeth, et al. |
| MOE | 4 | 10-572 | Nancy Goble, et al. v. Wyeth, et al. |
| MOE | 4 | 10-657 | Delores Johnson v. Wyeth, et al. |
| MOE | 4 | 10-659 | Ruby Elston, et al. v. Wyeth |
| MOE | 4 | 10-688 | Dewania Murray v. Wyeth LLC, et al. |
| MOE | 4 | 10-693 | Judith Provasnik v. Wyeth LLC, et al. |
| MOE | 4 | 10-697 | Bonnie Logan v. Wyeth LLC, et al. |
| MOE | 4 | 10-698 | Judy Fuhrmann, et al. v. Wyeth LLC, et al. |
| MOE | 4 | 10-699 | Darlene Collett v. Wyeth LLC, et al. |
| MOE | 4 | 10-1023 | Katherine Dickson v. Wyeth LLC, et al. |
| MOE | 4 | 10-1040 | Deborah J. Alberi v. Wyeth LLC, et al. |
| MISSOURI WESTERN | | | |
| MOW | 4 | 10-375 | Jacqueline Ellis Gilpin, et al. v. Wyeth LLC, et al. |
| MOW | 4 | 10-377 | Naomi Miller v. Wyeth LLC, et al. |
| MOW | 4 | 10-380 | Mildred Juanita Phipps v. Wyeth LLC, et al. |
| MOW | 4 | 10-381 | Mary Louise Ruble, et al. v. Wyeth LLC, et al. |
| MOW | 4 | 10-382 | Peggy Ann Thurnau, et al. Wyeth LLC, et al. |
| MOW | 4 | 10-383 | Beverly Trindle, et al. v. Wyeth LLC, et al. |
| MOW | 4 | 10-398 | Zoey Jo Barnes, et al. v. Wyeth, Inc., et al. |
| MOW | 4 | 10-405 | Ronald Whitney, et al. v. Wyeth LLC, et al. |
| NEVADA | | | |
| NV | 2 | 10-618 | Sheila Gilmore v. Wyeth LLC, et al. |
| OHIO NORTHERN | | | |
| OHN | 1 | 10-827 | Emma Tapp v. Wyeth LLC, et al. |
| OHN | 1 | 10-828 | Roger E. Lenning, etc. v. Wyeth LLC, et al. |
| OHN | 1 | 10-1192 | Rosemay Poole v. Wyeth LLC, et al. |
| OKLAHOMA NORTHERN | | | |
| OKN | 4 | 10-263 | Linda Anglin v. Wyeth LLC, et al. |
| OKN | 4 | 10-264 | Emma Louise Dahlman v. Wyeth LLC, et al. |
| OKN | 4 | 10-265 | Linda Fay Driscoll v. Wyeth LLC, et al. |
| OKN | 4 | 10-266 | Delores Hinderliter v. Wyeth LLC, et al. |
| OKN | 4 | 10-267 | Georganne Weddle v. Wyeth LLC, et al. |

# MDL No. 1507 - Schedule CTO-185 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|

**PENNSYLVANIA EASTERN**
| | | | |
|---|---|---|---|
| PAE | 2 | 10-757 | Lalonnie King v. Wyeth, Inc., et al. |
| PAE | 2 | 10-1848 | Marilyn Hall v. Wyeth LLC, et al. |
| PAE | 2 | 10-1849 | Shirley Grossman, et al. v. Wyeth LLC, et al. |
| PAE | 2 | 10-1850 | Jeanette Cole, et al. v. Wyeth LLC, et al. |
| PAE | 2 | 10-1851 | Nancy Deshner v. Wyeth LLC, et al. |
| PAE | 2 | 10-1852 | Penny Knobel-Besa v. Wyeth LLC, et al. |
| PAE | 2 | 10-1854 | Jean Meiller v. Wyeth LLC, et al. |

**TEXAS EASTERN**
| | | | |
|---|---|---|---|
| TXE | 1 | 10-219 | Mary Theresa Brown v. Wyeth LLC, et al. |
| TXE | 1 | 10-246 | Romeal G. Nolan v. Wyeth LLC, et al. |
| TXE | 1 | 10-249 | Ellen O'Brien v. Wyeth LLC, et al. |
| TXE | 4 | 10-208 | Bessie Baker v. Wyeth |
| TXE | 6 | 10-126 | Donnita Goode v. Wyeth LLC, et al. |

**TEXAS NORTHERN**
| | | | |
|---|---|---|---|
| TXN | 2 | 10-87 | Pat Fisher v. Wyeth Inc. |

**TEXAS SOUTHERN**
| | | | |
|---|---|---|---|
| TXS | 4 | 10-1305 | Rebecca C. Echols v. Wyeth LLC, et al. |
| TXS | 4 | 10-1306 | Ramona Gadberry v. Wyeth LLC, et al. |
| TXS | 4 | 10-1307 | Eugene Wagner v. Wyeth LLC, et al. |
| TXS | 4 | 10-1312 | Linda Conrad v. Wyeth LLC, et al. |
| TXS | 4 | 10-1316 | Virginmina Garcia v. Wyeth LLC, et al. |
| TXS | 4 | 10-1317 | Carolyn Hicks v. Wyeth LLC, et al. |
| TXS | 4 | 10-1318 | Tammy Leveritt v. Wyeth LLC, et al. |
| TXS | 4 | 10-1323 | Glenda McKee v. James William Smith, M.D., et al. |
| TXS | 4 | 10-1324 | Leslie Nelson v. Wyeth LLC, et al. |
| TXS | 4 | 10-1325 | Josephina Perez v. Wyeth LLC, et al. |
| TXS | 4 | 10-1326 | Lidia San Martin v. Wyeth LLC, et al. |
| TXS | 4 | 10-1327 | Lona Thomas v. Wyeth LLC, et al. |
| TXS | 4 | 10-1328 | Jean Trautwein v. Wyeth LLC, et al. |
| TXS | 4 | 10-1329 | Brenda Weaver v. Wyeth LLC, et al. |
| TXS | 4 | 10-1330 | Kathryn Palm v. Wyeth LLC, et al. |
| TXS | 4 | 10-1331 | Alice Garcia v. Wyeth LLC, et al. |
| TXS | 4 | 10-1332 | Hortense Johnson v. Wyeth LLC, et al. |
| TXS | 4 | 10-1333 | Barbara Miller v. Wyeth LLC, et al. |
| TXS | 4 | 10-1334 | Mary Pearson v. Wyeth LLC, et al. |
| TXS | 4 | 10-1335 | Jeannie Weigl v. Wyeth LLC, et al. |
| TXS | 4 | 10-1336 | Soo Rho v. Wyeth LLC, et al. |
| TXS | 4 | 10-1337 | Nettie Zepher v. Wyeth LLC, et al. |
| TXS | 4 | 10-1338 | Donna Powell v. Wyeth LLC, et al. |
| TXS | 4 | 10-1355 | Diane Kephart v. Wyeth LLC, et al. |
| TXS | 4 | 10-1414 | Dixie Raatz v. Wyeth LLC, et al. |
| TXS | 4 | 10-1415 | Renee Buckley v. Wyeth LLC, et al. |

**MDL No. 1507 - Schedule CTO-185 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|

**TEXAS WESTERN**
| | | | |
|---|---|---|---|
| TXW | 5 | 10-307 | Judy Guillett v. Wyeth LLC, et al. |
| TXW | 5 | 10-308 | Shirley Sprowles v. Wyeth LLC, et al. |
| TXW | 5 | 10-309 | Janie Garza v. Wyeth LLC, et al. |
| TXW | 5 | 10-311 | Ofelia Guzman v. Wyeth LLC, et al. |
| TXW | 5 | 10-312 | Diane Fries v. Wyeth LLC, et al. |

**VIRGINIA EASTERN**
| | | | |
|---|---|---|---|
| VAE | 2 | 10-185 | Mary Easterling v. Pfizer Inc., et al. |
| VAE | 3 | 10-263 | Violet Deel v. Pfizer Inc., et al. |

**VIRGINIA WESTERN**
| | | | |
|---|---|---|---|
| VAW | 1 | 10-20 | Sarah Davis v. Pfizer Inc., et al. |
| VAW | 1 | 10-21 | Betty Hess v. Pfizer Inc., et al. |
| VAW | 2 | 10-24 | Doris Stapleton v. Pfizer Inc., et al. |
| VAW | 2 | 10-25 | Pauline Sykes v. Pfizer Inc., et al. |
| VAW | 5 | 10-40 | April Brittingham v. Pfizer Inc., et al. |
| VAW | 5 | 10-41 | Lily Fulk v. Pfizer Inc., et al. |
| VAW | 5 | 10-42 | Judy Higgins v. Pfizer Inc., et al. |
| VAW | 5 | 10-43 | Shirley Hottinger v. Pfizer Inc., et al. |
| VAW | 7 | 10-167 | Dorothy Catron v. Pfizer Inc., et al. |

**WEST VIRGINIA SOUTHERN**
| | | | |
|---|---|---|---|
| WVS | 5 | 10-685 | Mary Teaster v. Wyeth LLC, et al. |